ORIGINAL

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
JOSEPH P. WILSON (SBN 228180)
Assistant United States Attorney
 Federal Building, Suite 7211
 300 North Los Angeles Street
 Los Angeles, California 90012
 Telephone: (213) 894-4961
 Facsimile: (213) 894-0115
 E-mail: Joseph.P.Wilson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   ) Case No. CV EDCV09-0015 SGL (OPx)
                            )
            Petitioner,     ) [PROPOSED]
                            )
     vs.                    ) ORDER TO SHOW CAUSE
                            )
FRANK M. MANCHA,            )
                            )
            Respondent.     )
_____)

Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summons. See <u>United States v. Powell</u>, 379 U.S. 48, 57-58, 85 S. Ct. 248, 13 L. Ed. 2d 112 (1964); *see also*, <u>Crystal v. United States</u>, 172 F.3d 1141, 1143-44 (9th Cir. 1999); <u>United States v. Jose</u>, 131 F.3d 325, 1327 (9th Cir. 1997); <u>Fortney v. United States</u>, 59 F.3d 117, 119-20 (9th Cir. 1995) (the Government's *prima facie* case is typically made through the

1

1  sworn declaration of the IRS agent who issued the summons); *accord*, <u>United States</u>
2  <u>v. Gilleran</u>, 992 F.2d 232, 233 (9th Cir. 1993).
3      Therefore, **IT IS ORDERED** that Respondent appear before this District Court
4  of the United States for the Central District of California, in Courtroom No. #1 ,

5  ☐ United States Courthouse
6     312 North Spring Street, Los Angeles, California, 90012

7  ☐ Roybal Federal Building and United States Courthouse
8     255 E. Temple Street, Los Angeles, California, 90012

9  ☐ Ronald Reagan Federal Building and United States Courthouse
10    411 West Fourth Street, Santa Ana, California, 92701

11 ☑ Brown Federal Building and United States Courthouse
12    3470 Twelfth Street, Riverside, California, 92501

13 on _____February ~~16~~ 23_____, 2009, at 10:00 a.m.,
14 and show cause why the testimony and production of books, papers, records, and
15 other data demanded in the subject Internal Revenue Service summons should not be
16 compelled.
17     **IT IS FURTHER ORDERED** that copies of this Order, the Petition,
18 Memorandum of Points and Authorities, and accompanying Declaration be served
19 promptly upon Respondent by any employee of the Internal Revenue Service or the
20 United States Attorney's Office, by personal delivery or by certified mail.
21     **IT IS FURTHER ORDERED** that within ten (10) days after service upon
22 Respondent of the herein described documents, Respondent shall file and serve
23 a written response, supported by appropriate sworn statements, as well as any desired
24 motions. If, prior to the return date of this Order, Respondent files a response with the
25 Court stating that Respondent does not desire to oppose the relief sought in the
26 Petition, nor wish to make an appearance, then the appearance of Respondent at any
27 hearing pursuant to this Order to Show Cause is excused, and Respondent shall be
28 deemed to have complied with the requirements of this Order.

**IT IS FURTHER ORDERED** that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn statements filed within ten (10) days after service of the herein described documents will be considered by the Court. All allegations in the Petition not contested by such responsive pleadings or by sworn statements will be deemed admitted.

DATED: This ___7th___ day of ___January___, 2009.

_____
UNITED STATES DISTRICT JUDGE

Presented By:

THOMAS P. O'BRIEN
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____
JOSEPH P. WILSON
Assistant United States Attorney
Attorney for the United States of America